IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| | * |
| MERRY-GO-ROUND ENTERPRISES, | * |
| INC., ET AL. | * |
| | * |
| v. | *   Civil No. JFM-98-3616, et al. |
| | * |
| NATIONSBANC COMMERCIAL | * |
| CORP., ET AL. | * |
| | ***** |

ORDER

Upon consideration of the Trustee's unopposed motion to consolidate pursuant to Rule 42, and it appearing the motion is meritorious, it is, this 18th day of December 1998

ORDERED

that all of the actions appearing on the attached list be consolidated with <u>Devan v. Europe Craft Imports</u>, Adversary No. 98-5151-ESD, Civil No. JFM-98-3517.

J. Frederick Motz
United States District Judge

